UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KINSALE INSURANCE COMPANY,

      Plaintiff,

v.                                    Case No: 2:25-cv-00542-JES-NPM

HARLEM TENANTS ASSOCIATION,
INC. d/b/a HARLEM GARDENS
APARTMENTS, SERVICES-TAYLOR
MADE, INC., and TAMEIKA
ADAMS, as Personal
Representative of the ESTATE
OF JA'YHANNA JOHNSON,

      Defendants.

_____

**OPINION AND ORDER**

This matter comes before the Court on review of Plaintiff Kinsale Insurance Company's Motion for Final Summary Judgment Against Harlem Gardens, and Motion for Default Judgment Against Tameika Adams (Doc. #37) filed on March 12, 2026. Pursuant to the Local Rules, a motion is restricted to twenty-five pages excluding "the caption, signature block, any certificate of conferral or service, and any verification or attachment." See M.D. Fla. R. 3.01(a)-(b). Plaintiff's motion is approximately thirty pages after excluding the caption, signature block, and certificate of service. Therefore, the motion does not comply with the local rules and will be stricken from the docket.

Accordingly, it is now

**ORDERED:**

The Clerk is hereby **DIRECTED** to strike Kinsale Insurance Company's Motion for Final Summary Judgment Against Harlem Gardens, and Motion for Default Judgment Against Tameika Adams (Doc. #37).

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of March 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

-2-